UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROMOND WATSON,

    Plaintiff,

    v.

JO ANNE B. BARNHART, Commissioner of the Social Security Administration,,

    Defendant.

Case No. C05-5801 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION AFFIRMING COMMISSIONER'S DECISION

    Magistrate Judge J. Kelly Arnold recommends that the Court should conclude that Mr. Watson was properly denied social security benefits because application of the proper legal standard and substantial evidence support the Administrative Law Judge's finding that Plaintiff was not disabled absent the effects of his alcohol addiction. Plaintiff has not filed an objection to the Report and Recommendation.

    The Court, having reviewed Plaintiff's complaint, the Report and Recommendation, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The administrative decision is AFFIRMED, and

ORDER - 1

(3)     The Clerk is directed to send copies of this Order to Plaintiff's counsel, Defendant's counsel and Magistrate Judge J. Kelly Arnold.

DATED this 15th day of September, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2